NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIANE MIDYETT, substituted for F. Allan Midyett,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1268

---

Petition for review of the Merit Systems Protection Board in No. DA-3330-15-0309-I-1.

---

### **O R D E R**

The petitioner having failed to file a motion to substitute pursuant to the court's January 23, 2024 order, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules and pursuant to the court's January 23, 2024 order.

FOR THE COURT

April 9, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 9, 2024